**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Nellie H. CALDWELL.**

No. 10689.

Circuit Court of Appeals, Eighth Circuit.
June 10, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of Treasury, of Washington, D. C., for petitioner.

Edgar M. Morsman, Jr., of Omaha, Neb., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of petitioner and consent of respondent.

---

**Guy T. HELVERING, Commissioner, etc., v. Clarke E. DYE.**

No. 8304.

Circuit Court of Appeals, Ninth Circuit.
Aug. 17, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of Treasury, of Washington, D. C., for petitioner.

O. A. Neal, of Portland, Or., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, ordered petition for review dismissed, and judgment of dismissal filed and entered.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, v. R. S. GOFORTH et al.**

No. 1431.

Circuit Court of Appeals, Tenth Circuit.
June 1, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

Charles H. Garnett, of Oklahoma City, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of petitioner.